# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Jeremy Luke,                                  :
                          Petitioner          :
                                              :
          v.                                  :          No. 361 C.D. 2018
                                              :
Pennsylvania Board of Probation               :
and Parole,                                   :
                          Respondent          :

## **O R D E R**

NOW, March 18, 2019, upon consideration of respondent's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge